Manufacturers & Traders Trust Co. v Van Dewater & Van Dewater, LLP (2025 NY Slip Op 03495)

Manufacturers & Traders Trust Co. v Van Dewater & Van Dewater, LLP

2025 NY Slip Op 03495

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, NOWAK, AND KEANE, JJ.

667/24 CA 23-01999

[*1]MANUFACTURERS AND TRADERS TRUST COMPANY, PLAINTIFF,
v
VAN DEWATER & VAN DEWATER, LLP, ET AL., DEFENDANTS.  VAN DEWATER & VAN DEWATER, LLP, JEFFREY S. BATTISTONI, ESQ., AND DANIELLE E. STRAUCH, ESQ., THIRD-PARTY PLAINTIFFS-RESPONDENTS, 
 THE TOWNE LAW FIRM, P.C., AND JAMES T. TOWNE, JR., ESQ., THIRD-PARTY DEFENDANTS-APPELLANTS. (APPEAL NO. 1.) 

BARCLAY DAMON LLP, ROCHESTER (TARA J. SCIORTINO OF COUNSEL), FOR THIRD-PARTY DEFENDANTS-APPELLANTS. 
GORDON REES SCULLY MANSUKHANI, LLP, NEW YORK CITY (MAXINE J. NICHOLAS OF COUNSEL), FOR DEFENDANTS AND THIRD-PARTY PLAINTIFFS-RESPONDENTS.
MACKENZIE HUGHES, LLP, SYRACUSE (RYAN EMERY OF COUNSEL), FOR PLAINTIFF. 

 Appeal from an order of the Supreme Court, Erie County (Gerald J. Greenan, III, J.), entered October 12, 2023. The order denied the motion of third-party defendants to dismiss the third-party complaint. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 23, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court